# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THERESA SUESS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>CENTRAL INTELLIGENCE AGENCY, ET AL,<br>DEFENDANT(S) | CV15-01655-JAK (DTB)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS*<br>JS-6 |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____        _____
Date                                                                        United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:
See Order Denying Request to Proceed In Forma Pauperis Filed Herewith.

*[signature]*

March 17, 2015                                                        _____
Date                                                                        United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby:
  - ☒ DISMISSED.
  - ☐ REMANDED.

March 20, 2015                                                        John A. Kronstadt *[signature]*
Date                                                                        United States District Judge